**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-2107**

---

In re: BRENDAN JAMAL HOLT,

Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the Middle District of North Carolina, at Greensboro.  (1:18-cr-00102-CCE-1; 1:22-cv-00668-CCE-LPA)

---

Submitted:  November 29, 2023                Decided:  December 18, 2023

---

Before NIEMEYER, GREGORY, and HARRIS, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Brendan Jamal Holt, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brendan Jamal Holt petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We deny as moot Holt's motion to expedite decision. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2